IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-2386 NRN

CARISSA E. HUGHES, an individual and resident of Colorado,

    Plaintiff,

v.

THOMSON INTERNATIONAL, INCORPORATED, a California corporation,

    Defendant.

## STIPULATION TO DISMISS
_____

Plaintiff Carissa Hughes and Defendant Thomson International, Inc. through their respective counsel, hereby submit this Stipulation for Dismissal, pursuant to F.R.C.P. 41(a)(1)(A)(ii), in which they ask this Court to dismiss all claims presently asserted in this lawsuit, *without prejudice*, each party to bear its own attorney's fees and costs.

So stipulated, this 5th day of October, 2020 by:

| | |
|---|---|
| /s    *John R. Riley* | /s    *Joseph P. Sanchez* |
| John R. Riley, Esq. | Joseph P. Sanchez, Esq. |
| 5445 DTC Parkway, Suite 800 | 10333 Dry Creek Road, Suite 300 |
| Greenwood Village, CO 80111 | Englewood, CO 80111 |
| Attorney for Plaintiff | Attorney for Defendant |